THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NOP 1001 FOURTH LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NCM CONTRACTING GROUP, LP, a Delaware Limited Partnership, now known as NORTHSTAR GC, LP, a Delaware Limited Partnership; NORTHSTAR CONTRACTING GROUP, GP, Inc., a Delaware Corporation; SAFEWORKS, LLC, a Washington Limited Liability Company d/b/a Spider Staging,<br><br>　　　　　　Defendants. | Cause No. 2:16-cv-01027-RAJ<br><br>[PROPOSED] ORDER GRANTING SAFEWORK'S MOTION FOR EXTENSION OF TIME TO REPOND TO PLAINTIFF'S AMENDED COMPLAINT<br><br>**Noted for Consideration: February 24, 2017**<br>**Without Oral Argument** |

## ORDER

This Matter, having come before the Court on Defendant SafeWork's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint (Dkt. # 19); and

It Appearing, that the Motion is uncontested and should be granted for good case shown, it is hereby:

ORDER ON SAFEWORK'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO   - 1
PLAINTIFF'S AMENDED COMPLAINT
306i33
[Cause No. 2:16-cv-01027-RAJ]

1  ORDERED, ADJUDGED, AND DECREED that Defendant SafeWork's Motion for
2  Extension of Time to Respond to Plaintiff's Amended Complaint is GRANTED and that
3  SafeWorks shall have up to and including February 13, 2017 to file its dispositive motion.

Entered this 10th day of March, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ON SAFEWORK'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO   - 2
PLAINTIFF'S AMENDED COMPLAINT
306i33
[Cause No. 2:16-cv-01027-RAJ]